IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  10-cv-01293-PAB-KLM

ALI ALSUBAIE, an individual and
SUWAYYIR SAAD ALSUBAIE, an individual (as the biological father and mother and
legal guardians of Decedent, LAMAR ALSUBAIE, their female, infant daughter),

      Plaintiffs,

v.

HCA INC., also known as HEALTHTRUST, INC., also known as Hospital Corporation of
America, a Delaware Corporation officially registered with the United States Securities
and Exchange Commission as "HCA, Inc." Its [EXACT NAME] - pursuant to its charter
and S.E.C. regulations, with its "principal executive office:" located in Nashville,
Tennessee;
HCA - HealthONE LLC ("Principal Mailing Address" Nashville, Tennessee), also known
as HealthONE including or also known as HealthONE CLINIC SERVICES -
CARDIOVASCULAR, LLC, as HealthONE CLINIC SERVICES - MEDICAL
SPECIALTIES, LLC, HealthONE CLINIC SERVICES - OBSTETRICS AND
GYNECOLOGY, LLC, HealthONE CLINIC SERVICES - PEDIATRIC SPECIALTIES,
LLC, HealthONE CLINIC SERVICES - PRIMARY CARE, LLC, HealthONE CLINIC
SERVICES - SURGICAL SPECIALTIES, LLC, and/or HealthONE CLINIC SERVICES
LLC, all of which are HCA Inc.'s wholly owned and controlled d/b/a for a group of
hospitals, miscellaneous medical facilities, by means of joint venture, "affiliation" and/or
other legal relation;
HCA - HealthONE LLC ROSE MEDICAL CENTER, an Affiliate;
DR. PAMELA GEWINNER, M.D., individually and as an Employee/Agent of HCA, INC.,
and HealthONE LLC and Rose Medical Center;
DR. JOE TONEY, M.D., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
DR. JANIS JOHNSON, M.D., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
DR. RICHARD CHRISTOPHER ROMERO, M.D., individually and as an
Employee/Agent of HCA, INC., and HealthONE LLC and Rose Medical Center;
DR. GARRETT M. GANNUCH, M.D., individually and as an Employee/Agent of HCA,
INC., and HealthONE LLC and Rose Medical Center;
DR. JOHN C. ROTH M.D., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
DR. ROTHENBURG, M.D., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
DR. SUZANNE YODER, M.D., individually and as an Employee/Agent of HCA, INC.,
and HealthONE LLC and Rose Medical Center;

DR. BRUCE BLYTH, M.D., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
BARBARA J. ROBEDEE, R.N., individually and as an Employee/Agent of HCA, INC.,
and HealthONE LLC and Rose Medical Center;
MELISSA S. GIEK, R.N., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
CHRISTEL CIPRI, certified surgical technician, individually and as an Employee/Agent
of HCA, INC., and HealthONE LLC and Rose Medical Center;
LINDSAY HIETT, R.N., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
COREY J. MALECKI, Assistant, individually and as an Employee/Agent of HCA, INC.,
and HealthONE LLC and Rose Medical Center;
MICHELLE F. JASKUNAS, C.N., individually and as an Employee/Agent of HCA, INC.,
and HealthONE LLC and Rose Medical Center;
CHERYL GRAY, R.N., individually and as an Employee/Agent of HCA, INC., and
HealthONE LLC and Rose Medical Center;
A. SMITH, R.N., individually and as an Employee/Agent of HCA, INC., and HealthONE
LLC and Rose Medical Center; and
DR. WES TYSON, PEDIATRIC PATHOLOGIST, individually and as an
Employee/Agent of HCA, INC., and HealthONE LLC and Rose Medical Center,

     Defendants.

---

**ORDER**

---

This matter is before the Court on the Recommendation of United States

Magistrate Judge Kristen L. Mix filed on February 11, 2011 [Docket No. 109].  The

Recommendation states that objections to the Recommendation must be filed within

fourteen days after its service on the parties.  *See also* 28 U.S.C. § 636(b)(1)(C).  The

Recommendation was served on February 11, 2011.  No party has objected to the

Recommendation.

In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate.  *Summers v. Utah*, 927 F.2d

1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").  In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** as follows:

1.     The Recommendation of United States Magistrate Judge [Docket No. 109] is **ACCEPTED**.

2.     Plaintiffs' counsel Charles R. Free shall reimburse defendants for their expenses as set forth below:

Defendants Rothenberg, M.D. and Yoder, M.D. – $ 474.50;

Defendant Gannuch, M.D. – $809.00;

Defendants Gewinner, M.D., Toney, M.D., and Johnson, M.D. – $437.50;

Defendant Romero, M.D. – $597.50;

Defendants HCA-HealthONE LLC, HCA-HealthONE LLC, d/b/a Rose Medical Center, Robedee, R.N., Giek, R.N., Cipri, Hiett, R.N., Malecki, Jaskunas, C.N., Gray, R.N., and Smith, R.N. – $151.00;

Defendant Tyson, M.D. – $951.25;

---

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).

Defendant Roth, M.D. – $555.00; and

Defendant Blyth, M.D. – $952.00.

3.     Plaintiffs' counsel shall remit payment to counsel for each defendant

within fourteen days of this order.

DATED July 11, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge